# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**RENEE BARTHELEMY,**

    **Plaintiff,**

v.                                               Case No.  8:06-cv-242-T-30MSS

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Settlement (Dkt. #22) that the above-styled action has been concluded.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on August 29, 2006.

                                                         JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2006\06-cv-242.dismissal 22.wpd